UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL FITZPATRICK, | No. 2:17-CV-00096-SMJ |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| EQUIFAX INFORMATION SERVICES LLC, a Georgia Limited Liability Company, | |
| Defendant. | |

On October 30, 2017, a stipulated motion/order of dismissal with prejudice, was filed, ECF No. 5. Pursuant to ECF No. 5, the matter has been compromised and settled. Consistent with the agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

1. The Stipulated Motion/Order of Dismissal With Prejudice, **ECF No. 5**, is **GRANTED.**

2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT.**

4. All hearings and other deadlines are **STRICKEN.**

ORDER **-** 1

1    **5.**    The Clerk's Office is directed to **CLOSE** this file.

2    **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order

3   and provide copies to all counsel.

4    **DATED** this 3rd day of November 2017.

5

6    SALVADOR MENDOZA, JR.
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER **-** 2